UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMAL MARJANI BENNETT JUDGE,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF GEORGIA, et al.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO.  1:19-cv-2259-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915, and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous.  Dated at Atlanta, Georgia, this 17th day of September, 2019.

                          JAMES N. HATTEN
                          CLERK OF COURT

                By:   Uzma S. Wiggins
                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 17, 2019
James N. Hatten
Clerk of Court

By:  s/ Uzma S. Wiggins
      Deputy Clerk